**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. _____

IN RE: APPLICATION OF THE UNITED
STATES OF AMERICA FOR ORDER
PURSUANT TO THE TREATY ON MUTUAL
ASSISTANCE IN CRIMINAL MATTERS AND
TITLE 18, UNITED STATES CODE,
SECTION 3512

Request for Assistance from the Principality of
Liechtenstein, U.S. DOJ Criminal Matter 182-65718
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? \_\_\_\_\_Yes   __X__  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?
\_\_\_\_\_Yes   __X__  No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:      /s/ *Michael B. Nadler*
Michael B. Nadler
Assistant United States Attorney
Florida Bar No. 51264
U.S. Attorney's Office
99 NE 4th Street
Miami, Florida 33132
Tel:     (305) 961-9244
Email:  Michael.Nadler@usdoj.gov