**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. _____

**IN RE: APPLICATION OF THE UNITED STATES OF AMERICA FOR ORDER PURSUANT TO THE TREATY ON MUTUAL ASSISTANCE IN CRIMINAL MATTERS AND TITLE 18, UNITED STATES CODE, SECTION 3512**

**Request for Assistance from the Principality of Liechtenstein, U.S. Criminal Matter 182-65718**
_____/

## ORDER APPOINTING COMMISSIONER

Upon application by the United States of America seeking an order, pursuant to 18 U.S.C. § 3512, and under the Treaty Between the United States of America and the Principality of Liechtenstein on Mutual Legal Assistance in Criminal Matters, U.S.-Liech., S. TREATY DOC. NO. 107-16 (2002) (hereinafter, "the Treaty"), for use in connection with the criminal investigation and prosecution of offenses, or proceedings related to forfeiture in the Principality of Liechtenstein, and the Court having fully considered this matter,

**IT IS HEREBY ORDERED**, pursuant to the authority conferred by the Treaty and 18 U.S.C. § 3512, as well as this Court's inherent authority, that Assistant United States Attorney Michael B. Nadler, a substitute or successor, designated by the Office of the United States Attorney, is appointed as Commissioner (hereinafter, "the Commissioner") of this Court and hereby directed to execute the treaty request and to take such steps as are necessary to collect the evidence requested.   In doing so, the Commissioner:

1. may issue a commissioner subpoena to be served at any place within the United States on persons (natural and legal) ordering them or their representatives to appear and to testify and produce evidence located within the United States;

2. shall provide notice with respect to the collection of evidence to those persons identified in the Request as parties to whom notice should be given (and no notice to any other party shall be required);

3. shall adopt procedures to collect the evidence requested consistent with its use in the investigation, prosecution or other court proceeding for which the Principality of Liechtenstein, has requested assistance, which procedures may be specified in the Request or provided by or with the approval of the Ministry of Justice;

4. may, in collecting the evidence requested, be accompanied by persons whose presence or participation is authorized by the Commissioner, including, without limitation, law enforcement agents and/or officers who, as authorized or directed by the Commissioner, may direct questions to any witness;

5. may seek such further orders of this Court as may be necessary to execute this Request, including orders to show cause why persons served with a commissioner subpoena who fail to produce evidence should not be held in contempt, and including protective orders to regulate the use of the evidence collected;

6. shall certify and submit the evidence collected to the Office of International Affairs, Criminal Division, U.S. Department of Justice, or as otherwise directed by that Office for transmission to the Principality of Liechtenstein; and

7. may provide copies of the evidence collected to persons identified in the Request as parties to whom such copies should be given (and to no other persons).

**IT IS FURTHER ORDERED** that any person from whom the Commissioner seeks to collect evidence may, for good cause shown, oppose the giving of evidence, or the circumstances thereof, by motion timely filed with this Court, a copy of which shall be provided contemporaneously to the Commissioner.

**DONE AND ORDERED**, in chambers at Miami, Florida, this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF FLORIDA

*Deliver copy to*: Counsel of Record