# ATTACHMENT B

Commissioner Subpoena to Testify or Provide Documents in a Mutual Legal Assistance Treaty (MLAT) Matter

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

**IN RE: APPLICATION OF THE UNITED STATES OF AMERICA FOR ORDER PURSUANT TO THE TREATY ON MUTUAL ASSISTANCE IN CRIMINAL MATTERS AND TITLE 18, UNITED STATES CODE, SECTION 3512**

**Request for Assistance from the Principality of Liechtenstein, U.S. DOJ Criminal Matter 182-65718**
_____/

## COMMISSIONER SUBPOENA

To:  [*Individual/Business*]                       Subpoena For:
                                                   ☐ Person
                                                   ☐ Documents or Objects

I, Commissioner Michael B. Nadler, an Assistant United States Attorney for the Southern District of Florida, acting pursuant to 18 U.S.C. § 3512, the Treaty, and this Court's order thereunder dated **[*date*]** for the purpose of rendering assistance to the Principality of Liechtenstein.

**YOU ARE COMMANDED** to appear before me at the date and time shown below to provide documents regarding the alleged violation of laws under the Liechtenstein Criminal Code Section 165 paragraphs 1 to 3 (and in conjunction with Section 74a paragraph 1 of the Liechtenstein Criminal Code) (Liechtenstein Criminal Case 13 UR.2018.271).

| Place of Appearance:<br>**United States Attorney's Office**<br>**99 NE 4th Street**<br>**Miami, Florida 33132** | Location:   [*floor*], [*room*] |
| --- | --- |
| | Date and Time:   [*date*] at [*time*] |

You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable*):

Failure to attend and/or provide said documents, you may be deemed guilty of contempt and liable to penalties under the law.

_____
COMMISSIONER MICHAEL B. NADLER
ASSISTANT UNITED STATES ATTORNEY

Date: _____

CN [   ]

Commissioner Subpoena to Testify or Provide Documents in a Mutual Legal Assistance Treaty (MLAT) Matter (Page 2)

**PROOF OF SERVICE** *(if required)*

    This subpoena for *(name of individual and title, entity, if any)* _____

_____was received by me on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____; or

☐ I returned the subpoena unexecuted because _____

_____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00     .

I declare under penalty of perjury that this information is true.

Date: _____

 

_____
*Server's Signature*

_____
*Print Name and Title*

_____
*Server's Address*

_____

_____

CN [ ]